**The People of the State of Illinois ex rel. Jeanette Fritz, appellee, v. Charles Day, appellant. Gen. No. 25,750.**

Bastardy proceeding. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 6, 1920.

William Y. Baird, for appellant.   Maclay Hoyne and Edward E. Wilson, for appellee.

Mr. Justice Thomson delivered the opinion of the court.